**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION**

**LEA-ANN ELIZABETH CAMERON,**

**Plaintiff,**

**v.** **Case No. 1:25-cv-333-AW-HTC**

**BOARD OF TRUSTEES OF THE UNIVERSITY OF FLORIDA,**

**Defendant.**

_______________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pro se Plaintiff Lea-Ann Elizabeth Cameron sued the Board of Trustees of the University of Florida. She claims disability discrimination and retaliation. The operative complaint is the second amended. ECF No. 22. The University moved to dismiss, ECF No. 23, and the magistrate judge issued a thorough report and recommendation, which concludes the court should grant the motion and dismiss Cameron's claims, ECF No. 26. There have been no objections to the report and recommendation.

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. As the magistrate judge explains, any ADA claim is subject to dismissal based on Eleventh Amendment immunity. Cameron does not argue otherwise; her response to the motion to dismiss only says

she "clarifies that her primary claims arise under Section 504 of the Rehabilitation Act." ECF No. 25 at 1.

I agree with the magistrate judge that Cameron has not stated a claim under the Rehabilitation Act and that no further amendments should be permitted. (If the sole deficiency were related to the receipt-of-federal-funds issue, I would allow repleading. But even if the current complaint adequately pleaded receipt of federal funds, the complaint would still fail for the other reasons the magistrate judge identified.)

The motion to dismiss (ECF No. 23) is GRANTED. The clerk will enter a judgment that says, "Plaintiff's ADA claims are dismissed without prejudice based on Eleventh Amendment immunity. Plaintiff's Rehabilitation Act claims are dismissed on the merits for failure to state a claim." The clerk will then close the file.

SO ORDERED on August 19, 2026.

s/ *Allen Winsor*
Chief United States District Judge